**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SCHOONHOVEN, DENNIS L. § Case No. 11-81553
  SCHOONHOVEN, ANGELA JO §
  §
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   United States Bankruptcy Court
   211 South Court Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/28/2012 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/09/2012          By:  /s/JAMES E. STEVENS
                                      Trustee

JAMES E. STEVENS  
6833 Stalter Drive  
Rockford, IL  61108  
(815) 962-6611  
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SCHOONHOVEN, DENNIS L. § Case No. 11-81553
SCHOONHOVEN, ANGELA JO §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 4,450.00 |
| *and approved disbursements of* | $ 917.50 |
| *leaving a balance on hand of* [1] | $ 3,532.50 |
| **Balance on hand:** | $ 3,532.50 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,532.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JAMES E. STEVENS | 1,112.50 | 0.00 | 1,112.50 |
| Attorney for Trustee, Fees - Barrick, Switerz Law Firm | 1,198.50 | 0.00 | 1,198.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,311.00 |
| Remaining balance: | $ 1,221.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,221.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,221.50

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,172.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 12,550.70 | 0.00 | 564.20 |
| 2 | Blackhawk Area Credit Union | 1,943.87 | 0.00 | 87.38 |
| 3 | Collection Systems of Freeport Inc. | 729.30 | 0.00 | 32.78 |
| 4 | Worldwide Asset Purchasing II, LLC | 4,522.34 | 0.00 | 203.29 |
| 5 | Cavalry Portfolio Services, LLC | 6,058.15 | 0.00 | 272.33 |
| 6 | Rockford Mercantile Agency | 1,368.55 | 0.00 | 61.52 |

Total to be paid for timely general unsecured claims: $ 1,221.50
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                             Case No. 11-81553-MB
Dennis L. Schoonhoven                                              Chapter 7
Angela Jo Schoonhoven
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez              Page 1 of 3           Date Rcvd: Feb 17, 2012
                              Form ID: pdf006            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2012.
db/jdb       +Dennis L. Schoonhoven,   Angela Jo Schoonhoven,    17644 Norris Rd,   Pecatonica, IL 61063-9059
17086072      Arlene Toelke,   Freeport, IL 61032
17086073     +Baker, Miller, Markoff & Krasny,   29 N. Wacker Drive, 5th Floor,    Chicago, IL 60606-2851
17086074      Beneficial Finance,   PO Box 5233,   Carol Stream, IL 60197-5233
17086076    ++CAVALRY PORTFOLIO SERVICES LLC,    500 SUMMIT LAKE DR,    STE 400,   VALHALLA NY 10595-2322
              (address filed with court: Cavalry Portfolio Services, LLC,    PO Box 27288,
              Tempe, AZ 85282-7288)
17753355     +Cavalry Portfolio Services, LLC,   500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
17086077      CitiFinancial,   PO Box 6931,   The Lakes, NV 88901-6931
17086079     +Collection Systems of Freeport Inc.,    206 West Stephenson,    PO Box 496,
              Freeport, IL 61032-0496
17086084      Doug Schoonhoven,   Dakota, IL 61018
17086085      Freeport Health Network/Hospital,   Central Business Office,    PO Box 857,
              Freeport, IL 61032-0857
17086086     +Kipp Meyers,   PO box 114,   Lanark, IL 61046-0114
17086087     +Rockford Health Systems,   Rockford Memorial Hospital,    2400 North Rockton,
              Rockford, IL 61103-3681
17086089     +Rockford Mercantile Agency,   2502 South Alpine Road,    PO Box 5847,   Rockford, IL 61125-0847
17086090     +Santander Comsumer USA Inc,   PO Box 961245,   Fort Worth, TX 76161-0244
17086091      Vision Financial Corp,   PO Box 900,   Purchase, NY 10577-0900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17086075      E-mail/Text: melanie.macy@bacu.org Feb 18 2012 04:37:48     Blackhawk Area Credit Union,
              PO Box 328,   214 Main Street,   Savanna, IL 61074
17086081      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2012 04:13:47     Discover,   PO Box 15192,
              Wilmington, DE 19850-5192
17086080      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2012 04:13:47     Discover,   PO Box 30395,
              Salt Lake City, UT 84130-0395
17086083      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2012 04:13:47     Discover Financial Services,
              PO Box 3007,   New Albany, OH 43054-3007
17630348      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2012 04:13:47     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
17086082      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2012 04:13:47     Discover Card,   PO Box 6103,
              Carol Stream, IL 60197-6103
18347491      E-mail/Text: bnc-quantum@quantum3group.com Feb 18 2012 04:39:04
              Quantum3 Group LLC as agent for,    Worldwide Asset Purchasing II LLC,   PO Box 788,
              Kirkland, WA 98083-0788
17664609      E-mail/Text: resurgentbknotifications@resurgent.com Feb 18 2012 02:59:48
              Worldwide Asset Purchasing II, LLC,   c/o B-Line, LLC,   MS 550,   PO Box 91121,
              Seattle, WA 98111-9221
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17086092*      Vision Financial Corp.,   PO Box 900,   Purchase, NY 10577-0900
17086078     ##CitiFinancial Auto,   PO Box 183036,   Columbus, OH 43218-3036
17086088    ##+Rockford Health Systems,   Rockford Memorial Hospital,   PO Box 4628,
              Carol Stream, IL 60197-4628
                                                                                   TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: cshabez              Page 2 of 3             Date Rcvd: Feb 17, 2012
                              Form ID: pdf006            Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2012**                     **Signature:**            *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez              Page 3 of 3              Date Rcvd: Feb 17, 2012
                              Form ID: pdf006            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2012 at the address(es) listed below:

        James E Stevens   on behalf of Trustee James Stevens jimstevens@bslbv.com
        James E Stevens   jimstevens@bslbv.com, IL48@ecfcbis.com
        Mark  Zaleski   on behalf of Debtor Dennis Schoonhoven attyzaleski@comcast.net, tremmers.mez@comcast.net
        Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov

        TOTAL: 4