# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: SCHOONHOVEN, DENNIS L.      §   Case No. 11-81553
       SCHOONHOVEN, ANGELA JO      §
       §
Debtor(s)      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $195,285.00 *(without deducting any secured claims)* | Assets Exempt: $27,900.00 |
| Total Distribution to Claimants: $1,221.50 | Claims Discharged Without Payment: $98,251.41 |
| Total Expenses of Administration: $3,228.50 | |

    3) Total gross receipts of $ 4,450.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,450.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $165,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,228.50 | 3,228.50 | 3,228.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 92,600.00 | 27,172.91 | 27,172.91 | 1,221.50 |
| **TOTAL DISBURSEMENTS** | $257,600.00 | $30,401.41 | $30,401.41 | $4,450.00 |

   4)  This case was originally filed under Chapter 7 on April 07, 2011. The case was pending for 14 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/17/2012          By: /s/JAMES E. STEVENS
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1979 Pontiac Trans AM | 1129-000 | 4,450.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,450.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Beneficial Finance | 4110-000 | 165,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$165,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,112.50 | 1,112.50 | 1,112.50 |
| Barrick, Switerz Law Firm | 3110-000 | N/A | 1,198.50 | 1,198.50 | 1,198.50 |
| Action Auctioneering | 3610-000 | N/A | 667.50 | 667.50 | 667.50 |
| Action Auctioneering | 3620-000 | N/A | 200.00 | 200.00 | 200.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,228.50 | $3,228.50 | $3,228.50 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 17,000.00 | 12,550.70 | 12,550.70 | 564.20 |
| 2 | Blackhawk Area Credit Union | 7100-000 | 2,500.00 | 1,943.87 | 1,943.87 | 87.38 |
| 3 | Collection Systems of Freeport Inc. | 7100-000 | 800.00 | 729.30 | 729.30 | 32.78 |
| 4 | Worldwide Asset Purchasing II, LLC | 7100-000 | N/A | 4,522.34 | 4,522.34 | 203.29 |
| 5 | Cavalry Portfolio Services, LLC | 7100-000 | unknown | 6,058.15 | 6,058.15 | 272.33 |
| 6 | Rockford Mercantile Agency | 7100-000 | unknown | 1,368.55 | 1,368.55 | 61.52 |
| NOTFILED | Discover Financial Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Discover Card | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Baker, Miller, Markoff & Krasny | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Discover | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Vision Financial Corp | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile Agency | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Freeport Health Network/Hospital Central | 7100-000 | 800.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Rockford Health Systems Rockford Memorial Hospital | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Doug Schoonhoven | 7100-000 | 54,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health Systems Rockford Memorial Hospital | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Santander Comsumer USA Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Vision Financial Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Arlene Toelke | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiFinancial Auto | 7100-000 | 7,700.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiFinancial | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cavalry Portfolio Services, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kipp Meyers | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $92,600.00 | $27,172.91 | $27,172.91 | $1,221.50 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-81553  
**Case Name:** SCHOONHOVEN, DENNIS L.  
SCHOONHOVEN, ANGELA JO  
**Period Ending:** 05/17/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 04/07/11 (f)  
**§341(a) Meeting Date:** 05/19/11  
**Claims Bar Date:** 11/01/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Single family residence, Location: 17644 Norris<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash from Debtor's wages<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with US Bank, Freeport, IL 6103<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 10.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account with US Bank, Freeport, IL<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings account with US Bank, Freeport, IL<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 250.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking account with German American State Bank<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 125.00 | 0.00 | DA | 0.00 | FA |
| 7 | Furniture, furnishings, computer and misc. compu<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Books, pictures, videos, music cds and misc. oth<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Debtor's clothing<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Rings, watches and misc. other items<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | MIsc. items<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 9 | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Term life insurance policy through employment | 0.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-81553  
**Case Name:** SCHOONHOVEN, DENNIS L.  
SCHOONHOVEN, ANGELA JO  
**Period Ending:** 05/17/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 04/07/11 (f)  
**§341(a) Meeting Date:** 05/19/11  
**Claims Bar Date:** 11/01/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 13 | IMRF through employment  Orig. Asset Memo: Imported from original petition Doc# 9 | Unknown | 0.00 | DA | 0.00 | FA |
| 14 | 401k plan through employment  Orig. Asset Memo: Imported from original petition Doc# 9 | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | 1998 Chevy Silverado  Orig. Asset Memo: Imported from original petition Doc# 9 | 3,900.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1979 Pontiac Trans AM  Orig. Asset Memo: Imported from original petition Doc# 9 | 5,000.00 | 5,000.00 | | 4,450.00 | FA |
| 17 | Homeade trailer  Orig. Asset Memo: Imported from original petition Doc# 9 | 200.00 | 0.00 | DA | 0.00 | FA |
| 18 | Rider Lawn Mower, 2 golf carts, 1 go-cart, Misc.  Orig. Asset Memo: Imported from original petition Doc# 9 | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | Assets   Totals (Excluding unknown values) | $200,285.00 | $5,000.00 | | $4,450.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     April 30, 2012         **Current Projected Date Of Final Report (TFR):**     February 9, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-81553 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | SCHOONHOVEN, DENNIS L. | | Bank Name: | The Bank of New York Mellon |
| | SCHOONHOVEN, ANGELA JO | | Account: | 9200-******77-66 - Checking Account |
| Taxpayer ID #: | **-***3167 | | Blanket Bond: | $372,000.00 (per case limit) |
| Period Ending: | 05/17/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/11 | {16} | Action Auctioneering | payment on trans am | 1129-000 | 4,450.00 | | 4,450.00 |
| 01/09/12 | 101 | Action Auctioneering | payment of auctioneer fees and expenses | | | 867.50 | 3,582.50 |
| | | | auctioneer fees          667.50 | 3610-000 | | | 3,582.50 |
| | | | towing expense          200.00 | 3620-000 | | | 3,582.50 |
| 01/25/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,557.50 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,532.50 |
| 03/28/12 | 102 | Barrick, Switerz Law Firm | Dividend paid 100.00% on $1,198.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,198.50 | 2,334.00 |
| 03/28/12 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,112.50, Trustee Compensation; Reference: | 2100-000 | | 1,112.50 | 1,221.50 |
| 03/28/12 | 104 | Discover Bank | Dividend paid 4.49% on $12,550.70; Claim# 1; Filed: $12,550.70; Reference: | 7100-000 | | 564.20 | 657.30 |
| 03/28/12 | 105 | Blackhawk Area Credit Union | Dividend paid 4.49% on $1,943.87; Claim# 2; Filed: $1,943.87; Reference: | 7100-000 | | 87.38 | 569.92 |
| 03/28/12 | 106 | Collection Systems of Freeport Inc. | Dividend paid 4.49% on $729.30; Claim# 3; Filed: $729.30; Reference: | 7100-000 | | 32.78 | 537.14 |
| 03/28/12 | 107 | Worldwide Asset Purchasing II, LLC | Dividend paid 4.49% on $4,522.34; Claim# 4; Filed: $4,522.34; Reference: | 7100-000 | | 203.29 | 333.85 |
| 03/28/12 | 108 | Cavalry Portfolio Services, LLC | Dividend paid 4.49% on $6,058.15; Claim# 5; Filed: $6,058.15; Reference: | 7100-000 | | 272.33 | 61.52 |
| 03/28/12 | 109 | Rockford Mercantile Agency | Dividend paid 4.49% on $1,368.55; Claim# 6; Filed: $1,368.55; Reference: | 7100-000 | | 61.52 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | ACCOUNT TOTALS | 4,450.00 | 4,450.00 | $0.00 |
| | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | Subtotal | 4,450.00 | 4,450.00 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | $4,450.00 | $4,450.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******77-66 | 4,450.00 | 4,450.00 | 0.00 |
| | $4,450.00 | $4,450.00 | $0.00 |

{} Asset reference(s)                                                                                                                                         Printed: 05/17/2012 07:42 AM    V.13.02